No. 755. Rossy v. Mollfulleda et al.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción

para que se reconsidere la sentencia de este Tribunal en este caso, de enero 29, 1912. Resuelto en marzo 26, 1912. Denegada la reconsideración. El promovente compareció en nombre propio.